JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| J. BRIAN TERNAN, a California resident,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM, INC., and Does 1-10,<br><br>Defendants. | Case No. 2:19-cv-10540-DDP-MAA<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' joint stipulation to dismiss this action, the Court makes the following orders:

The action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 1, 2020

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

1